# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

KARL JEFFREE JASMIN #A204-656-575   CASE NO.  1:26-CV-01447 SEC P

VERSUS                                              JUDGE TERRY A. DOUGHTY

ACTING DIRECTOR U S                          MAGISTRATE JUDGE DAVID J.
IMMIGRATION & CUSTOMS              AYO
ENFORCEMENT ET AL

## JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 3], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Karl Jeffree Jasmin's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE** to him seeking relief after the expiration of the removal period should his detention become prolonged.

MONROE, LOUISIANA, this 9th day of July 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE